# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JOHN JAMES ROBBINS,<br><br>Petitioner<br><br>v.<br><br>THE HON. COURT OF COMMON PLEAS OF BRADFORD COUNTY: AND DISTRICT ATTORNEY OF BRADFORD COUNTY,<br><br>Respondents | : No. 139 MM 2014<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

AND NOW, this 3rd day of November, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.